1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT E. JOHNSON,                )
                                  )
            Plaintiff,            )   Case No. C11-1117-RSM
                                  )
     v.                           )
                                  )   ORDER GRANTING SUMMARY
STEVEN SAGER, *et al.*,           )   JUDGMENT IN FAVOR OF
                                  )   DEFENDANTS
            Defendants.           )
_____)

    The Court, having reviewed plaintiff's civil-rights complaint, the papers filed in support of and in opposition to defendants' motion for summary judgment, the Report and Recommendation of United States Magistrate Judge James P. Donohue and Plaintiff's objections thereto, the governing law, and the balance of the record, does hereby find and ORDER:

    (1)    The Report and Recommendation is **ADOPTED**;

    (2)    Defendants' motion for summary judgment on all claims (**Dkt. 40**) is **GRANTED**;

    (3)    Defendants' motion to strike portions of plaintiff's submissions (**Dkt. 49**) is **GRANTED**;

    (4)    Plaintiff's motion to strike defendants' declarations (**Dkt. 50**) is **DENIED**; and

ORDER GRANTING SUMMARY JUDGMENT
IN FAVOR OF DEFENDANTS -1

(5)   The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge James P. Donohue.

DATED  this 4 day of March 2013.

                                              RICARDO S. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

ORDER GRANTING SUMMARY JUDGMENT
IN FAVOR OF DEFENDANTS -2